UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                Plaintiff,        Civil Action No. 23-cv-11014

   v.                            **NOTICE OF APPEARANCE**

LEACHGARNER, INC. d/b/a
"LEACHGARNER, A BERKSHIRE
HATHAWAY COMPANY"
                Defendant.

Plaintiff United States Equal Employment Opportunity Commission (EEOC), through undersigned counsel, hereby files this Notice of Appearance to identify Trial Attorney Annette M. Lalic as Co-Counsel of record in this action in compliance with L.R.Civ.P. 83.2(b). Plaintiff hereby asks the Clerk of the Court and the parties to add Annette M. Lalic (annette.lalic@eeoc.gov) as counsel of record for EEOC and respectfully requests that Annette M. Lalic be added to the list of persons who receive all CM/ECF Notices in this matter.

Dated: May 9, 2023                        Respectfully submitted,

                                              EQUAL EMPLOYMENT OPPORTUNITY
                                            COMMISSION

                                            /s/ Annette M. Lalic
                                            Annette M. Lalic
                                            Trial Attorney
                                            New York District Office
                                            33 Whitehall Street
                                            New York, NY 10004
                                            annette.lalic@eeoc.gov

Telephone: (929) 506-5287
Facsimile: (929) 506-5270

*Attorney for Plaintiff*